JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorney for Defendants,
*GEORGE GEROLD, DEBRA GEROLD, and
GEICO INDEMNITY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FLYING START AERO, LLC; VENTURE AVIATION SERVICE, LLC; ESTATE OF JAMES ELLIKER; STORZ MANAGEMENT COMPANY; DENNIS JORDAN; LEO SALAS; JAIME GARCIA; RANDAL GREEN; KERI GREEN; TIM ELGI; ESTATE OF JERRY WILLIAMS; GEORGE GEROLD; DEBRA GEROLD; JOHN WAGNER; ROBERT SMITH; STEVE MCDOWELL; MEGAN ROMO ELLIKER; J.E., a minor child, B.E., a minor child; DUSTIN ELLIKER; KATELYN HANSEN; STATE FARM INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; GEICO INDEMNITY COMPANY; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-000295-MMD-WGC<br><br><br><br><br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |

///

///

# SUBSTITUTION OF ATTORNEYS

COME NOW, Defendants, GEORGE GEROLD, DEBRA GEROLD, and GEICO INDEMNITY COMPANY, hereby substitute JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, as their attorney of record in the place and stead of JOANN HOSKINS, ESQ.

_____
GEORGE GEROLD

_____
DEBRA GEROLD

_____
GEICO INDEMNITY COMPANY

By:_____

Its:_____

## SUBSTITUTION OF ATTORNEYS

COME NOW, Defendants, GEORGE GEROLD, DEBRA GEROLD, and GEICO INDEMNITY COMPANY, hereby substitute JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, 701 Bridger Avenue, Suite 600, Las Vegas, Nevada 89101, (702) 383-6000, as their attorney of record in the place and stead of JOANN HOSKINS, ESQ. and RACHEL L. SHELSTAD, ESQ.

DATED this ____ day of April, 2018.

_____   _____
GEORGE GEROLD                       DEBRA GEROLD

_____
GEICO INDEMNITY COMPANY

By: *Walter Louchios*
Its: *Claims Supervisor*

I consent to the above substitution.

DATED this 17 day of April, 2018.

LAW OFFICE OF KUMEN L. TAYLOR

_____
JOANN HOSKINS, ESQ.
Nevada Bar No. 14546
RACHEL L. SHELSTAD, ESQ.
Nevada Bar No. 13399
8345 W. Sunset Road, Suite 250
Las Vegas, NV 89113
jhoskins@geico.com
rshelstad@geico.com

## SUBSTITUTION OF ATTORNEYS

COME NOW, Defendants, GEORGE GEROLD, DEBRA GEROLD, and GEICO INDEMNITY COMPANY, hereby substitute JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, 701 Bridger Avenue, Suite 600, Las Vegas, Nevada 89101, (702) 383-6000, as their attorney of record in the place and stead of JOANN HOSKINS, ESQ. and RACHEL L. SHELSTAD, ESQ.

DATED this _____ day of April, 2018.

_____    _____
GEORGE GEROLD                         DEBRA GEROLD

_____
GEICO INDEMNITY COMPANY

By: _____

Its: _____

I consent to the above substitution.

DATED this _10_ day of April, 2018.

LAW OFFICE OF KUMEN L. TAYLOR

_____
JOANN HOSKINS, ESQ.
Nevada Bar No. 14546
RACHEL L. SHELSTAD, ESQ.
Nevada Bar No. 13399
8345 W. Sunset Road, Suite 250
Las Vegas, NV 89113
jhoskins@geico.com
rshelstad@geico.com

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 30 day of April, 2018.

PYATT SILVESTRI

_____
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: this 2nd day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 1st day of ~~April~~ May, 2018, I electronically filed the foregoing **SUBSTITUTION OF ATTORNEYS** with the Clerk of the Court using the CM/ECF system, which will sent a notice of electronic filing to the following:

| | |
|---|---|
| Jennifer N. Taylor, Esq.<br>FORD, WALKER, HAGGERTY & BEHAR<br>8215 South Eastern Avenue, Suite 225<br>Las Vegas, Nevada 89123<br>jtaylor@fwhb.com<br>**Attorneys for Plaintiff,**<br>**OLD REPUBLIC INSURANCE COMPANY** | Mark H. Gunderson, Esq.<br>Austin K. Sweet, Esq.<br>GUNDERSON LAW FIRM<br>3895 Warren Way<br>Reno, NV 89509<br>asweet@gundersonlaw.com<br>cstockwell@gundersonlaw.com<br>**Attorneys for Defendant,**<br>**FLYING START AERO, LLC** |
| Donald A. Lattin, Esq.<br>Carolyn Renner, Esq.<br>MAUPIN, COX & LEGOY<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>dlattin@mcllawfirm.com<br>crenner@mcllawfirm.com<br>**Attorneys for Defendant,**<br>**VENTURE AVIATION SERVICE, LLC** | George F. Hand, Esq.<br>HAND & SULLIVAN, LLC<br>3442 N. Buffalo Drive<br>Las Vegas, NV 89129<br>ghand@handsullivan.com<br>**Attorneys for Defendants,**<br>**STATE FARM INSURANCE COMPANY**<br>**and DENNIS JORDAN** |
| Patrick R. Leverty, Esq.<br>LEVERTY & ASSOCIATES LAW CHTD<br>832 Willow Street<br>Reno, NV 89052<br>pat@levertylaw.com<br>**Attorneys for Defendants,**<br>**LEOPOLDO SALAS, RANDAL GREEN and**<br>**KERI GREEN** | John Echeverria, Esq.<br>ECHEVERRIA LAW OFFICE<br>9432 Double R Boulevard<br>Reno, NV 89052<br>je@eloreno.com<br>**Attorneys for Defendant,**<br>**MEGAN ROMO ELLIKER, Special**<br>**Administrator of the Estate of James Elliker** |
| Daniel Dell'Osso, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>ddo@brandilaw.com<br>**Attorney for Defendants,**<br>**KATELYN HANSEN and DUSTIN ELLIKER** | Matthew L. Sharp, Esq.<br>LAW OFFICES OF MATTHEW L. SHARP<br>432 Ridge St.<br>Reno, NV 89501<br>matt@mattsharplaw.com<br>**Attorneys for CARRIE ROMO, as Guardian**<br>**Ad Litem for J.E., a minor child, and B.E., a**<br>**minor child, Defendants** |

///

///

| | |
|---|---|
| JoAnn Hoskins<br>LAW OFFICE OF KUMEN L. TAYLOR<br>901 N. Green Valley Parkway, Suite #190<br>Henderson, NV 89074<br>jhoskins@geico.com<br>**Attorney for Defendants,**<br>**GEICO INDEMNITY COMPANY,**<br>**GEORGE GEROLD and DEBRA GEROLD** | Melanie J. Muldowney<br>KIRST & ASSOCIATES<br>2360 Corporate Circle, Ste. 320<br>Henderson, NV 89074<br>melanie.muldowney@allstate.com<br>**Attorney for Defendants,**<br>**ALLSTATE INSURANCE COMPANY and**<br>**JAIME GARCIA** |

The undersigned also hereby certifies that service of the foregoing **SUBSTITUTION OF ATTORNEYS** was made on this 1st day of ~~April~~ May, 2018, by placing a true and correct copy of the same in a sealed envelope, postage prepaid in the U.S. Mail, addressed to the following:

| | |
|---|---|
| STORZ MANAGEMENT COMPANY<br>3773 Howard Hughes Pkwy, Suite 500S<br>Las Vegas, NV 89169 | Tim Egli<br>1405 S. Rock Blvd., #K-6<br>Sparks, NV 89502 |

John Wagner
183149 Water Mill Dr.
Cypress, TX 77249

_____
An Employee of PYATT SILVESTRI