Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
*Attorneys for Leopoldo Salas,*
*Randal Green and Keri Green*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Company,<br><br>    Plaintiff,<br><br>    v.<br><br>FLYING START AERO, LLC; VENTURE AVIATION SERVICE, LLC; ESTATE OF JAMES ELLIKER; STORZ MANAGEMENT COMPANY; DENNIS JORDAN; LEO SALAS; JAIME GARCIA; RANDAL GREEN; KERI GREEN; TIM EGLI; ESTATE OF JERRY WILLIAMS; GEORGE GEROLD; DEBRA GEROLD; JOHN WAGNER; ROBERT SMITH; STEVE MCDOWELL; STATE FARMS INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; GEICO INSURANCE COMPANY; DOES 1-100, inclusive,<br><br>    Defendants.<br>_____ / | Case No.: 3:17-CV-00295<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF OLD REPUBLIC INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [DOC 79]**<br><br>**(FIRST REQUEST)** |

Plaintiff OLD REPUBLIC INSURANCE COMPANY filed its Motion for Summary Judgment on May 25, 2018 [Doc 79]. Plaintiff OLD REPUBLIC INSURANCE COMPANY and defendants FLYING START AERO, LLC; VENTURE AVIATION SERVICE, LLC; ESTATE OF JAMES ELLIKER; STORZ MANAGEMENT COMPANY; DENNIS JORDAN; LEO SALAS; JAIME GARCIA; RANDAL GREEN; KERI GREEN; TIM EGLI; ESTATE OF JERRY WILLIAMS; GEORGE GEROLD; DEBRA GEROLD; JOHN WAGNER; ROBERT SMITH; STEVE MCDOWELL; STATE FARMS INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; GEICO INSURANCE COMPANY stipulate that Defendants shall

have up to and including June 29, 2018 to respond to Motion for Summary Judgment [Doc. 79].

Defendants request this extension, and the Plaintiff agreed, to allow Defendants time to draft the opposition given the extent of issues to be addressed and defendants' calendars.

This is the first requested extension to respond to Plaintiff's motion for summary judgment.

| | |
|---|---|
| DATED this __18th__ day of June, 2018. | DATED this __18th__ day of June, 2018. |
| **LEVERTY & ASSOCIATES LAW CHTD.** | **FORD, WALKER, HAGGERTY & BEHAR** |
| /S/ *Patrick Leverty* <br> Patrick R. Leverty, Esq. <br> Vernon E. Leverty, Esq. <br> 832 Willow Street <br> Reno, NV 89502 <br> *Attorneys for Leopoldo Salas, Randal Green and Keri Green* | /S/ *Jennifer N. Taylor* <br> Jennifer N. Taylor, Esq. <br> 8215 South Eastern Avenue, Suite 225 <br> Las Vegas, NV 89123 <br> *Attorneys for Plaintiff Old Republic Insurance Company* |
| DATED this __18th__ day of June, 2018. | DATED this __18th__ day of June, 2018. |
| **GUNDERSON LAW FIRM** | **MAUPIN, COX & LEGOY** |
| /S/ *Mark H. Gunderson* <br> Mark H. Gunderson, Esq. <br> Austin K. Sweet, Esq. <br> 3895 Warren Way <br> Reno, NV 89509 <br> *Attorneys for Defendant Flying Start Aero, LLC* | /S/ *Donald A. Lattin* <br> Donald A. Lattin, Esq. <br> Carolyn Renner, Esq. <br> 4785 Caughlin Parkway <br> Reno, NV 89519 <br> *Attorneys for Defendant Venture Aviation Service, LLC* |
| DATED this __18th__ day of June, 2018. | DATED this __18th__ day of June, 2018. |
| **HAND & SULLIVAN, LLC** | **ECHEVERRIA LAW OFFICE** |
| /S/ *George F. Hand* <br> George F. Hand, Esq. <br> 3442 N. Buffalo Drive <br> Las Vegas, NV 89129 <br> *Attorneys for Defendants State Farm Mutual Automobile Insurance Company, as Subrogee of DENNIS JORDAN and LEOPOLDO SALAS* | /S/ *John Echeverria* <br> John Echeverria, Esq. <br> 9432 Double R Boulevard <br> Reno, NV 89502 <br> *Attorneys for Defendants MEGAN ROMO ELLIKER, Special Administrator of the Estate of James Elliker* |

DATED this  18th  day of June, 2018.                    DATED this  18th  day of June, 2018.

**LAW OFFICES OF MATTHEW L. SHARP**                     **KIRST & ASSOCIATES**

 /S/  *Matthew L. Sharp*                                 /S/  *Michael Mascarello*
Matthew L. Sharp, Esq.                                  Michael Mascarello, Esq.
432 Ridge Street                                        2360 Corporate Circle, Suite 320
Reno, NV 89501                                          Henderson, NV 89074
*Attorneys for Defendants CARRIE ROMO,*                 *Attorneys for Defendants JAIME GARCIA and*
*as Guardian Ad Litem for J.E., a minor*                *ALLSTATE FIRE AND CASUALTY*
*child, and B.E., a minor child*                        *INSURANCE COMPANY*

DATED this  18th  day of June, 2018.                    DATED this  18th  day of June, 2018.

**THE BRANDI LAW FIRM**                                 **PYATT SILVESTRI**

 /S/ *Daniel Dell'Osso*                                  /S/  *James P.C. Silvestri*
Daniel Dell'Osso, Esq.                                  James P.C. Silvestri, Esq.
354 Pine Street, Third Floor                            701 Bridger Avenue, Suite 600
San Francisco, CA 94104                                 Las Vegas, NV 89101
*Attorneys for Defendants KATELYN*                      *Attorneys for Defendants GEICO*
*HANSEN and DUSTIN ELLIKER*                             *INDEMNITY COMPANY, GEORGE*
                                                        *GEROLD and DEBRA GEROLD*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

DATED: June 20, 2018

3

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that, on June 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                        /S/ *Patrick Leverty*
                        Patrick R. Leverty