JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar No. 8775
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:   (702) 383-6000
Fax:   (702) 477-0088
jsilvestri@pyattsilvestri.com
dcartier@pyattsilvestri.com

Attorney for Defendant,
*GEICO INDEMNITY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FLYING START AERO, LLC; VENTURE AVIATION SERVICE, LLC; ESTATE OF JAMES ELLIKER; STORZ MANAGEMENT COMPANY; DENNIS JORDAN; LEO SALAS; JAIME GARCIA; RANDAL GREEN; KERI GREEN; TIM ELGI; ESTATE OF JERRY WILLIAMS; GEORGE GEROLD; DEBRA GEROLD; JOHN WAGNER; ROBERT SMITH; STEVE MCDOWELL; MEGAN ROMO ELLIKER; J.E., a minor child, B.E., a minor child; DUSTIN ELLIKER; KATELYN HANSEN; STATE FARM INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; GEICO INDEMNITY COMPANY; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-000295-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT GEICO INDEMNITY COMPANY** |

# STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT GEICO INDEMNITY COMPANY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, as to Defendant GEICO INDEMNITY COMPANY, each party to bear their own fees and costs.

| | |
|---|---|
| DATED this 12th day of July, 2018.<br><br>PYATT SILVESTRI<br><br>/s/Darlene M. Cartier<br>James P. C. Silvestri, Esq.<br>Darlene M. Cartier, Esq.<br>701 Bridger Avenue, Suite 600<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>*GEICO INDEMNITY COMPANY* | DATED this 2nd day of July, 2018.<br><br>FORD, WALKER, HAGGERTY & BEHAR<br><br>/s/Jennifer N. Taylor<br>Jennifer N. Taylor, Esq.<br>8215 South Eastern Avenue, Suite 225<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff,<br>*OLD REPUBLIC INSURANCE COMPANY* |
| DATED this 28th day of June, 2018.<br><br>LEVERTY & ASSOCIATES LAW CHTD.<br><br>/s/Patrick R. Leverty<br>Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89052<br>Attorneys for *LEOPOLDO SALAS, RANDAL GREEN AND KERI GREEN* | DATED this 29th day of July, 2018.<br><br>GUNDERSON LAW FIRM<br><br>/s/Austin K. Sweet<br>Mark H. Gunderson, Esq.<br>Austin K. Sweet, Esq.<br>3895 Warren Way<br>Reno, NV 89509<br>Attorneys for Defendant,<br>*FLYING START AERO, LLC* |
| DATED this 11th day of July, 2018.<br><br>MAUPIN, COX & LEGOY<br><br>/s/Carolyn Renner<br>Donald A. Lattin, Esq.<br>Carolyn Renner, Esq.<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>Attorneys for Defendant,<br>*VENTURE AVIATION SERVICE, LLC* | DATED this 12th day of July, 2018.<br><br>HAND & SULLIVAN, LLC<br><br>/s/George F. Hand<br>George F. Hand, Esq.<br>3442 N. Buffalo Drive,<br>Las Vegas, NV 89129<br>Attorneys for Defendants,<br>*STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, AS SUBROGEE OF DENNIS JORDAN AND LEOPOLDO SALAS* |

| | |
|---|---|
| DATED this 5th day of July, 2018.<br><br>ECHEVERRIA LAW OFFICE<br><br>/s/John Escheverria<br>John Echeverria, Esq.<br>9432 Double R Boulevard<br>Reno, NV 89502<br>Attorneys for Defendants,<br>*MEGAN ROMO ELLIKER, SPECIAL ADMINISTRATOR OF THE ESTATE OF JAMES ELLIKER* | DATED this 5th day of July, 2018.<br><br>LAW OFFICES OF MATTHEW L. SHARP<br><br>/s/Matthew L. Sharp, Esq.<br>Matthew L. Sharp, Esq.<br>432 Ridge Street<br>Reno, NV 89501<br>Attorneys for Defendants,<br>*CARRIE ROMO, AS GUARDIAN AD LITEM FOR J.E., A MINOR CHILD, AND B.E. A MINOR CHILD* |
| DATED this 2nd day of July, 2018.<br><br>KIRST & ASSOCIATES<br><br>/s/Michael L. Mascarello<br>Michael Mascarello, Esq.<br>2360 Corporate Circle, Suite 320<br>Henderson, NV 89074<br>Attorneys for Defendants,<br>*JAIME GARCIA AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY* | DATED this 5th day of June, 2018.<br><br>THE BRANDI LAW FIRM<br><br>/s/Daniel Dell'Osso<br>Daniel Dell'Osso, Esq.<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>Attorneys for Defendants,<br>*KATELYN HANSEN AND DUSTIN ELLIKER* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED this 12th day of July, 2018.

Submitted by:

PYATT SILVESTRI

/s/Darlene M. Cartier
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar No. 8775
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101

Attorney for Defendant,
GEICO INDEMNITY COMPANY

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 12th day of June, 2018, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT GEICO INDEMNITY COMPANY** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Jennifer N. Taylor, Esq.
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
jtaylor@fwhb.com
Attorneys for Plaintiff,
OLD REPUBLIC INSURANCE COMPANY

Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
asweet@gundersonlaw.com
cstockwell@gundersonlaw.com
Attorneys for Defendant,
FLYING START AERO, LLC

Donald A. Lattin, Esq.
Carolyn Renner, Esq.
MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, NV 89519
dlattin@mcllawfirm.com
crenner@mcllawfirm.com
Attorneys for Defendant,
VENTURE AVIATION SERVICE, LLC

George F. Hand, Esq.
HAND & SULLIVAN, LLC
3442 N. Buffalo Drive
Las Vegas, NV 89129
ghand@handsullivan.com
Attorneys for Defendants,
STATE FARM INSURANCE COMPANY
and DENNIS JORDAN

Patrick R. Leverty, Esq.
LEVERTY & ASSOCIATES LAW CHTD
832 Willow Street
Reno, NV 89052
pat@levertylaw.com
Attorneys for Defendants,
LEOPOLDO SALAS, RANDAL GREEN and KERI GREEN

John Echeverria, Esq.
ECHEVERRIA LAW OFFICE
9432 Double R Boulevard
Reno, NV 89052
je@eloreno.com
Attorneys for Defendant,
MEGAN ROMO ELLIKER, Special Administrator of the Estate of James Elliker

Daniel Dell'Osso, Esq.
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
ddo@brandilaw.com
Attorney for Defendants,
KATELYN HANSEN and DUSTIN ELLIKER

Matthew L. Sharp, Esq.
LAW OFFICES OF MATTHEW L. SHARP
432 Ridge St.
Reno, NV 89501
matt@mattsharplaw.com
Attorneys for CARRIE ROMO, as Guardian Ad Litem for J.E., a minor child, and B.E., a minor child, Defendants

/ / /

/ / /

Melanie J. Muldowney, Esq.
KIRST & ASSOCIATES
2360 Corporate Circle, Ste. 320
Henderson, NV 89074
melanie.muldowney@allstate.com
Attorney for Defendants,
ALLSTATE INSURANCE COMPANY and
JAIME GARCIA

      The undersigned also hereby certifies that service of the foregoing **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT GEICO INDEMNITY COMPANY** was made on this 12th day of July, 2018, by placing a true and correct copy of the same in a sealed envelope, postage prepaid in the U.S. Mail, addressed to the following:

STORZ MANAGEMENT COMPANY
3773 Howard Hughes Pkwy, Suite 500S
Las Vegas, NV 89169

Tim Egli
1405 S. Rock Blvd., #K-6
Sparks, NV 89502

John Wagner
183149 Water Mill Dr.
Cypress, TX 77249

George and Debra Gerold
P.O. Box 12942
Reno, NV 89510

/s/ Janet Wakimawa
An Employee of PYATT SILVESTRI