UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANET BROWN, LAURA MELENDEZ, and JOHN BRADLEY BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00207-LRH-WGC<br><br><br><br><br><br><br><br><br><br>*and related cases* |
| CARRIE ROMO as the parent and guardian ad litem for J.E. and B.E., minor children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00383-MMD-CBC |
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FLYING START AERO, LLC, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-00295-MMD-WGC<br><br><br><br>Reassignment Order |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 3:19-cv-00207-LRH-WGC is reassigned to District Judge Miranda M. Du and Magistrate Judge William C. Cobb, and

all future pleadings must bear case number 3:19-cv-00207-MMD-WGC. In addition, Case No. 3:19-cv-00383-MMD-CBC is referred to Magistrate Judge William G. Cobb, and all future pleadings must bear case number 3:19-cv-00383-MMD-WGC.

DATED THIS 17th day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 18th day of July, 2019