Jennifer N. Taylor, Esq., Nevada Bar No. 6141
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax
jtaylor@fwhb.com

Tina I. Mangarpan, Esq., California Bar No. 117898
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500
tmangarpan@fwhb.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiff,
OLD REPUBLIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>FLYING START AERO, LLC, *et al.*,<br><br>Defendants. | Case No.: 3:17-cv-00295-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JANET BROWN, LAURA MELENDEZ, and JOHN BRADLEY BROWN,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant.<br><br>Defendants. | *and related cases*<br><br>Case No. 3:19-cv-00207-MMD-WGC |

1

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

| | |
|---|---|
| CARRIE ROMO as the parent and guardian ad litem for J.E. and B.E., minor children,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:19-cv-00383-MMD-WGC |

IT IS HEREBY STIPULATED by and between the parties that the above-referenced matter, Case No.: 3:17-cv-00295- MMD-WGC, be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), with each party to bear their own fees and costs, and attorney's fees.

IT IS SO STIPULATED:

DATED: November 8th, 2019

FORD, WALKER, HAGGERTY & BEHAR

/s/ Jennifer N. Taylor
Jennifer N. Taylor, Esq.
8215 South Eastern Avenue, Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax
**Attorneys for Plaintiff,
OLD REPUBLIC INSURANCE COMPANY**

DATED: November_8, 2019

GUNDERSON LAW FIRM

*/s/ Mark H. Gunderson*
Mark H. Gunderson, Esq.
3895 Warren Way
Reno, NV 89509
775-829-1222; 775-829-1226 Fax
**Attorneys for Defendant,
FLYING START AERO, LLC**

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

| | |
|---|---|
| DATED: November 8, 2019 | DATED: November 7, 2019 |
| MAUPIN, COX & LEGOY | HAND & SULLIVAN, LLC |
| /s/ Donald A. Lattin<br>Donald A. Lattin, Esq.<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>775-827-2000; 775-827-2185 Fax<br>**Attorneys for Defendant,**<br>**VENTURE AVIATION SERVICE, LLC** | /s/ George F. Hand<br>George F. Hand, Esq.<br>3442 N. Buffalo Drive<br>Las Vegas, NV 89129<br>702-656-5814; 702-656-9820<br>**Attorneys for Defendants,**<br>**STATE FARM INSURANCE COMPANY**<br>**and DENNIS JORDAN** |
| DATED: November 7, 2019 | DATED: November 8, 2019 |
| LEVERTY & ASSOCIATES LAW CHTD | ECHEVERRIA LAW OFFICE |
| /s/ Patrick R. Leverty<br>Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89052<br>775-322-6636; 775-322-3953 Fax<br>**Attorneys for Defendants,**<br>**LEOPOLDO SALAS, RANDAL GREEN**<br>**and KERI GREEN** | /s/ John Echeverria<br>John Echeverria, Esq.<br>9432 Double R Boulevard<br>Reno, NV 89052<br>775-786-4800; 775-786-4808 Fax<br>**Attorneys for Defendant,**<br>**MEGAN ROMO ELLIKER, Special**<br>**Administrator of the Estate of James**<br>**Elliker** |
| DATED: November 7, 2019 | DATED: November 7, 2019 |
| LAW OFFICES OF MATTHEW L. SHARP | THE BRANDI LAW FIRM |
| /s/ Matthew L. Sharp<br>Matthew L. Sharp, Esq.<br>432 Ridge St.<br>Reno, NV 89501<br>**Attorneys for CARRIE ROMO, as Guardian**<br>**Ad Litem for J.E., a minor child, and B.E., a**<br>**minor child, Defendants** | /s/ Daniel Dell'Osso<br>Daniel Dell'Osso, Esq., Bar No. 9790<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>**Attorney for Defendants,**<br>**KATELYN HANSEN and DUSTIN**<br>**ELLIKER** |

3

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

DATED: November 5, 2019

LAW OFFICES OF KIRST & ASSOCIATES



Michael Mascarello, Esq.
2360 Corporate Circle, Suite 320
Henderson, NV 89074
702-726-3346; 877-684-4264 Fax
**Attorneys for Defendants,
JAIME GARCIA and ALLSTATE FIRE
AND CAUSALTY INSURANCE
COMPANY**

K:\Client\237\16\003\Pleadings\Stip & Order to Dismiss.doc

Case No.: *3:17-cv-00295*

**ORDER**

Upon consideration of the above Stipulation, that the above-referenced matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), as to all defendants. Each party will bear their own fees and costs.

IT IS SO ORDERED.

DATED this 12th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

FORD, WALKER, HAGGERTY & BEHAR

By: /s/ Tina I. Mangarpan
Tina I. Mangarpan, Esq., California Bar No. 117898
*Admitted Pro Hac Vice*
Jennifer N. Taylor, Esq., Nevada Bar No. 6141
FORD, WALKER, HAGGERTY & BEHAR
8215 South Eastern Avenue
Suite 225
Las Vegas, Nevada 89123
(702) 724-2699; (702) 912-1352 Fax
Attorneys for Plaintiff,
OLD REPUBLIC INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was electronically submitted to be electronically served through the Court's e-service system (CM/ECF) on November 8, 2019 and service will be made to everyone on the e-service list including but not limited to the following counsel for the parties:

| | |
|---|---|
| Mark H. Gunderson, Esq.<br>Austin K. Sweet, Esq.<br>GUNDERSON LAW FIRM<br>3895 Warren Way<br>Reno, NV 89509<br>775-829-1222; 775-829-1226 Fax<br>mgunderson@gundersonlaw.com<br>asweet@gundersonlaw.com<br>**Attorneys for Defendant,**<br>**FLYING START AERO, LLC** | Donald A. Lattin, Esq.<br>Carolyn Renner, Esq.<br>MAUPIN, COX & LEGOY<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>775-827-2000; 775-827-2185 Fax<br>dlattin@mcllawfirm.com<br>crenner@mcllawfirm.com<br>**Attorneys for Defendant,**<br>**VENTURE AVIATION SERVICE, LLC** |
| George F. Hand, Esq.<br>HAND & SULLIVAN, LLC<br>3442 N. Buffalo Drive<br>Las Vegas, NV 89129<br>702-656-5814; 702-656-9820<br>ghand@handsullivan.com<br>**Attorneys for Defendants,**<br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as Subrogee of DENNIS JORDAN and LEO SALAS** | Patrick R. Leverty, Esq.<br>LEVERTY & ASSOCIATES LAW CHTD<br>832 Willow Street<br>Reno, NV 89502<br>775-322-6636; 775-322-3953 Fax<br>patleverty@gmail.com<br>pat@levertylaw.com<br>**Attorneys for Defendants,**<br>**LEO SALAS, RANDALL GREEN and KERI GREEN** |
| John Echeverria, Esq.<br>ECHEVERRIA LAW OFFICE<br>9432 Double R Boulevard<br>Reno, NV 89502<br>775-786-4800; 775-786-4808 Fax<br>je@eloreno.com<br>**Attorneys for Defendant,**<br>**MEGAN ROMO ELLIKER, Special Administrator of the Estate of James Elliker** | Daniel Dell'Osso, Esq.<br>THE BRANDI LAW FIRM<br>354 Pine Street, Third Floor<br>San Francisco, CA 94104<br>ddo@brandilaw.com<br>**Attorney for Defendants,**<br>**KATELYN HANSEN and DUSTIN ELLIKER** |
| Matthew L. Sharp, Esq.<br>LAW OFFICES OF MATTHEW L. SHARP<br>432 Ridge St.<br>Reno, NV 89501<br>matt@mattsharplaw.com<br>**Attorneys for Defendants,**<br>**CARRIE ROMO, as Guardian Ad Litem for J.E., a minor child, and B.E., a minor child** | Mike Mascarello, Esq.<br>KIRST & ASSOCIATES<br>2360 Corporate Circle, Suite 320<br>Henderson, NV 89074<br>702-726-3346; 877-684-4264 Fax<br>michael.mascarello@allstate.com<br>**Attorneys for Defendants,**<br>**JAIME GARCIA and ALLSTATE FIRE and CAUSALTY INSURANCE COMPANY** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

George Gerold
Debra Gerold
1405 S. Rock Blvd., Space K-9 and C-1
Sparks, NV 89431
775-741-7020
Gjake125@gmail.com
**Pro Per**

The undersigned hereby certifies that service of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was made on November 8, 2019, by placing a true and correct copy of the same in a sealed envelope, postage prepaid in the U.S. Mail at 8215 South Eastern Avenue, Suite 225, Las Vegas, NV 89123, addressed to the following:

STORZ MANAGEMENT COMPANY
3773 Howard Hughes Pkwy, Suite 500S
Las Vegas, NV 89169
markweiner@storzco.com

JOHN WAGNER
18149 Water Mill Drive
Cypress, TX 77249
jwjr53@att.net

TIM EGLI
6810 6th Ave SW
Tumwater, WA 98501
taegli@yahoo.com

Christopher Eric Mumm, Esq.
634 Ryland Street, Suite A
PO Box 3479
Reno, NV 89505-3479
775-329-5114
info@crisiscollections.com
**Attorney for Plaintiff,**
**PATSY HULBERT REPRESENTING DESCENDANT JERRY WILLIAMS**

_____
Nicole Manno
An employee of FORD, WALKER, HAGGERTY & BEHAR

7

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**